IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00300-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEBASTIAN DALAS,

    Defendant.

---

### ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Sebastian Dalas is sentenced to TIME SERVED.

DATED: November 27, 2013

BY THE COURT:

Judge William J. Martínez
United States District Judge